60. The plaintiff intends to seek punitive damages on all counts.

61. The plaintiff seeks damages in a sum within the jurisdictional limits of The United States District Court and in excess of the jurisdictional limits of all inferior Courts;

### EIGHTH COUNT-FALSE ARREST

62. Plaintiff repeats, reiterates and re-alleges the allegations contained in Paragraphs "1" through "61" herein as if more fully set forth at length:

63. Plaintiff was, without cause or provocation, falsely arrested.

64.. As a result of the foregoing, plaintiff suffered emotional trauma, fear for his life, sustained severe and serious other consequential damages.

65. Plaintiff intend to claim punitive damages for all of the counts interposed herein.

66. As a result of the foregoing, plaintiff has been damaged in a sum within the Jurisdictional limits of The United States District Court, Southern District and in excess of the Jurisdictional limits of all inferior Courts.

**WHEREFORE,** Plaintiff demands judgement against all defendants, jointly and severally in each count in the sum of One Million ($1,000,000.00) Dollars in compensatory damages and the sum of One Million ($1,000,000.00) Dollars in punitive damages plus attorney's fees, costs and disbursements of this action

A jury trial is demanded.

By_____

ARLEN S. YALKUT (AY-1522)
YALKUT & ISRAEL
Attorneys for Plaintiff
865B Walton Avenue
Bronx, New York 10451
(718) 292-2952